# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2167

_____

Olin Corporation

Petitioner

v.

U.S. Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator, United States Environmental Protection Agency

Respondents

------

Petition for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 21970)

------

**JUDGMENT**

The joint stipulation of the parties to transfer this case to the United States Court of Appeals for the Fifth Circuit Court of Appeal is granted.

The clerk of this court shall transfer the case file to the Fifth Circuit Court of Appeals.

June 28, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik